PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
JENNIFER A. WILLIAMS (SBN 244707)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 300
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@ropers.com
       kcurry@ropers.com
       jwilliams@ropers.com

Priority     ___
Send         ___
Enter        ✓
Closed       ___
JS-5/JS-6    ✓
JS-2/JS-3    ___
Scan Only    ___

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE HARLOW,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | Case No. CV 07-00869 ABC (CTx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, Jackie Harlow, and defendant, Liberty Life Assurance Company of Boston, through their respective counsel of record, that the above-captioned action, and all

//
//
//

JS-6

RC1/5057815.1/KCC

STIPULATION AND [PROPOSED ORDER] –
CASE NO.: CV 07-00869 ABC (CTX)

1  claims alleged therein shall be and hereby are dismissed with prejudice; and that
2  each party shall bear its own fees and costs incurred in this action.

3
4  Dated: January 24, 2008            KANTOR & KANTOR, LLP
5
6                                     By: /s/
                                       GLENN R. KANTOR
7                                      PETER S. SESSIONS
                                       Attorneys for Plaintiff
8                                      JACKIE HARLOW
9
10 Dated: January 28, 2008            ROPERS, MAJESKI, KOHN & BENTLEY
11
12                                     By: /s/
13                                     PAMELA E. COGAN
                                       KATHRYN C. CURRY
14                                     Attorneys for Defendant
                                       LIBERTY LIFE ASSURANCE
15                                     COMPANY OF BOSTON
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-

RCI/5057815.1/

Stipulation & Prop.Order
CASE NO. CV 07-00869 ABC (CTX)

## ORDER

**IT IS SO ORDERED.** This action is hereby dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: 1/30/08

Honorable Audrey B. Collins
UNITED STATES DISTRICT COURT JUDGE